UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ERIN DALY,

                              Plaintiff,

        -v-                                                    No. 16-cv-9183 (RJS)
                                                               ORDER

CITIGROUP INC., *ET AL.*,

                              Defendants.

RICHARD J. SULLIVAN, District Judge:

        On February 6, 2018, the Court issued an order dismissing Plaintiff's Sarbanes-Oxley

whistleblower claim and referred all other claims to arbitration.  (Doc. No. 40.)  When an entire

dispute is referred to arbitration *and the parties request a stay*, the Federal Arbitration Act

requires district courts to stay the federal case while the arbitration proceeds.  *See Katz v. Cellco

P'ship*, 794 F.3d 341, 343 (2d Cir. 2015); *see also* 9 U.S.C. § 3.  However, where, as here,

neither party requests a stay, district courts have discretion to stay or dismiss the case.  *See

Benzemann v. Citibank N.A.*, 622 F. App'x 16, 18 (2d Cir. 2015) (summary order); *Zambrano v.

Strategic Delivery Sols., LLC*, No. 15-cv-8410 (ER), 2016 WL 5339552, at *10 (S.D.N.Y. Sept.

22, 2016).

Accordingly, in an abundance of caution, the Court gave the parties until February 13, 2018 to inform the Court if they wished this case to be stayed for the pendency of the arbitration. (Doc. No. 40, at 12.)  The Court received no such notification.  As a result, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:     February 14, 2018
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE